UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. CARPENTER,<br><br>        Plaintiff,<br><br>  v.<br><br>EUGENE D. BERNSTEIN, et al.,<br><br>        Defendants. | Case No.  15-cv-04498-RMW<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff in the above-entitled matter having failed to appear at the case management conference on March 25, 2016 and failed to prosecute this action by not effecting service on defendants,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held on April 15, 2016 at 9:00 a.m. in Courtroom 6, 4th Floor, San Jose. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 3/25/2016

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge