IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM J. CARPENTER,<br><br>      Plaintiff,<br>  v.<br>EUGENE D. BERNSTEIN, et al.,<br><br>      Defendants. | NO. C-15-04498 RMW<br><br>ORDER OF DISMISSAL |

On March 25, 2016 the court issued its order requiring plaintiff to show cause on April 15, 2012 why this case should not be dismissed for failure to prosecute. Plaintiff failed to do so. In fact, plaintiff has not filed anything with the court since the issuance of the Order to Show Cause. Therefore,

IT IS HEREBY ORDERED that case is dismissed without prejudice for failure to diligently prosecute.

DATED: 4/21/2016

                                                   */s/ Ronald M. Whyte*<br>
                                                   RONALD M. WHYTE<br>
                                                   United States District Judge

1   Copy of Order mailed on ___April 21, 2016_____ to:

2   William J. Carpenter
    535 Sobrato Drive
3   Campbell, CA 95008

4   William J. Carpenter
    2206 Grant Street
5   Berkeley, CA 94703

6           Plaintiff